# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1366
LT Case No. 2017-CF-10154

_____

DENVER GANT FLINTOM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jeb Branham, Judge.

Michael Ufferman, of Michael Ufferman Law Firm, P.A.,
Tallahassee, for Appellant.

Ashley Moody, Attorney General and Adam B. Wilson, Assistant
Attorney General, Tallahassee, for Appellee.

December 19, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.350(f)(2).

WALLIS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____